# EXHIBIT C

## Form 1 (top-left)

☐ CORRECTED (if checked)

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | $ |

| 4 Federal income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|
| $ | $ | $ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

(575) 588-7252
LA CLINICA DEL PUEBLO DE RIO ARRIBA
P.O. BOX 250
TIERRA AMARILLA     NM     87575

| PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement ☐ |
|---|---|---|---|
| 85-0209845 | ***-**-____ | | |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

MARGO BRACE
6 EQUESTRIAN COURT
TIJERAS     NM     87059

| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ |
|---|---|---|
| $ 24467.63 | $ | |

| 10 Crop insurance proceeds | 11 | 12 |
|---|---|---|
| $ | | |

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|
| $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income |
|---|---|
| $ | $ |

| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|
| $ | / | $ |
| $ | / | $ |

**2019 Form 1099-MISC**   To be filed with recipient's federal income tax return, when required.

---

## Form 2 (top-right)

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | $ |

| 4 Federal income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|
| $ | $ | $ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

LA CLINICA DEL PUEBLO DE RIO ARRIBA
P.O. BOX 250
TIERRA AMARILLA     NM     87575
(575) 588-7252

| PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement ☐ |
|---|---|---|---|
| 85-0209845 | ***-**-____ | | |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

MARGO BRACE
6 EQUESTRIAN COURT
TIJERAS     NM     87059

| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ |
|---|---|---|
| $ 24467.63 | $ | |

| 10 Crop insurance proceeds | 11 | 12 |
|---|---|---|
| $ | | |

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|
| $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income |
|---|---|
| $ | $ |

| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|
| $ | / | $ |
| $ | / | $ |

**2019 Form 1099-MISC**   Copy 2 To be filed with recipient's state income tax return, when required.

☐ CORRECTED (if checked)

---

## Form 3 (bottom-left)

☐ CORRECTED (if checked)

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | $ |

| 4 Federal income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|
| $ | $ | $ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

LA CLINICA DEL PUEBLO DE RIO ARRIBA
P.O. BOX 250
TIERRA AMARILLA     NM     87575
(575) 588-7252

| PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement ☐ |
|---|---|---|---|
| 85-0209845 | ***-**-____ | | |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

MARGO BRACE
6 EQUESTRIAN COURT
TIJERAS     NM     87059

| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ |
|---|---|---|
| $ 24467.63 | $ | |

| 10 Crop insurance proceeds | 11 | 12 |
|---|---|---|
| $ | | |

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|
| $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income |
|---|---|
| $ | $ |

| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|
| $ | / | $ |
| $ | / | $ |

**2019 Form 1099-MISC**     Copy B For Recipient

---

## Form 4 (bottom-right)

☐ CORRECTED (if checked)

| 1 Rents | 2 Royalties | 3 Other income |
|---|---|---|
| $ | $ | $ |

| 4 Federal income tax withheld | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|
| $ | $ | $ |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

LA CLINICA DEL PUEBLO DE RIO ARRIBA
P.O. BOX 250
TIERRA AMARILLA     NM     87575
(575) 588-7252

| PAYER'S TIN | RECIPIENT'S TIN | Account number (see instructions) | FATCA filing requirement ☐ |
|---|---|---|---|
| 85-0209845 | ***-**-____ | | |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

MARGO BRACE
6 EQUESTRIAN COURT
TIJERAS     NM     87059

| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ |
|---|---|---|
| $ 24467.63 | $ | |

| 10 Crop insurance proceeds | 11 | 12 |
|---|---|---|
| $ | | |

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|
| $ | $ |

| 15a Section 409A deferrals | 15b Section 409A income |
|---|---|
| $ | $ |

| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|
| $ | / | $ |
| $ | / | $ |

**2019 Form 1099-MISC**   Copy 2 To be filed with recipient's state income tax return, when required.