# Exhibit D

# United States District Court
### DISTRICT OF NEW MEXICO

ERNESTINA R. CRUZ, *as guardian ad litem for A.P., a minor child*,

    *Plaintiff*,

v.

LA CLINICA DEL PUEBLO DE RIO ARRIBA, MARGARET (AKA "MARGO") BRACE, *in her individual and professional capacities*, and UNITED STATES OF AMERICA,

    *Defendants*.

No. 1:23-cv-00270-JMR-GBW

## DECLARATION OF TOMĀS A. CASADOS

I, Tomās A. Casados, declare the following under 28 U.S.C. § 1746:

1. I serve as EMR Project Manager/Risk Management Director at La Clinica del Pueblo de Rio Arriba in Tierra Amarilla, New Mexico.

2. I am over 18 years of age and competent to testify to the matters described in this declaration.

3. I make this declaration based on a review of the records regularly maintained by La Clinica.

4. Exhibit B attached to the United States' motion for summary judgment in this matter is a true and correct copy of Margo Brace's employment contract with La Clinica, executed November 27, 2018.

5. Exhibit B attached to the United States' motion for summary judgment in this matter is a true and correct copy of Margo Brace's Form 1099 from La Clinica for tax year 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Date of execution: 7/3/2023

_____
Tomás A. Casados
EMR Project Manager/
Risk Management Director
La Clinica del Pueblo de Rio Arriba

— 2 —